SHAUN KHOJAYAN (#197690)
THE LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
9454 Wilshire Blvd., Ste 600
Beverly Hills, CA  90212
Telephone:   (310) 274-6111
Facsimile:   (310) 274-6211
Email: shaun@khojayan.com

Attorney for Defendant Elreda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SUSANNE ELREDA,<br><br>          Defendant. | Case No.: 07CR01269-ODW<br><br>DEFENDANT SUSANNE ELREDA'S *EX PARTE* APPLICATION TO FILE MOTION BRIEF IN EXCESS OF 25 PAGES<br><br>Date: August 6, 2008<br>Time: 11:00 a.m. |

Defendant Susanne Elreda, by and through her attorney, Shaun Khojayan, hereby requests an order, pursuant to Local Rule 11-6, allowing Ms. Elreda to file a motion along with a memorandum of points and authorities that exceed 25 pages. The subject brief is one that moves to suppress the wiretap evidence in this case. To properly attack the wiretaps, each wiretap application had to be analyzed for sufficiency including completeness and necessity.  Here, Ms. Elreda limited her attack to only the five applications that concern her.  However, the amount of pages necessary to do so still exceeds the 25 page limitation.  To reduce Court review

1.

1   time, the defense did not attach the applications themselves as exhibits, but rather

2   only included the relevant excerpts from those applications.  She makes no other

3

4   motions at this time.

5        Therefore, the defense respectfully requests the Court allow the filing of the

6   instant motion that exceeds the Local Rule's 25 page limit.

7

8   Dated: May 11, 2008              Respectfully submitted,
                                     LAW OFFICES OF SHAUN KHOJAYAN
9                                      & ASSOCIATES, P.L.C.

10                                   s/Shaun Khojayan_____
                                     Shaun Khojayan
11                                   Attorney for Defendant Elreda
                                     Email: shaun@khojayan.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.