SHAUN KHOJAYAN (#197690)
THE LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
9454 Wilshire Blvd., Suite 600
Beverly Hills, CA 90212
Telephone:  (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com

Attorney for Defendant Elreda

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSANNE ELREDA,<br><br>Defendant. | Case No.: 07CR01269-ODW<br><br>JOINT STIPULATION TO FILE DEFENDANT SUSANNE ELREDA'S MOTION TO SUPPRESS WIRETAP EVIDENCE AND RELATED EXHIBITS UNDER SEAL<br><br>Date: August 6, 2008<br>Time: 11:00 a.m. |

COME NOW plaintiff, the United States of America, by and through its attorneys Assistant United States Attorneys Patrick R. Fitzgerald and Bonnie L. Hobbs, and defendant, Susanne Elreda, by and through her attorney, Shaun Khojayan, and jointly stipulate that Defendant Susanne Elreda's Motion to Suppress Wiretap Evidence and the Exhibits thereto, filed electronically on May 11, 2008, be designated as filed Under Seal due to the potentially sensitive nature of the information contained within the wiretap applications and the terms of the disclosure order issued by the late Honorable Edward Rafeedie on December 14, 2007.

1.

1    IT IS SO AGREED.

2

3    Dated:  May 13, 2008

Respectfully submitted,

LAW OFFICES OF SHAUN KHOJAYAN
4                                                            & ASSOCIATES, P.L.C.

5                                                            s/Shaun Khojayan
6                                                            Shaun Khojayan
                                                             Email: shaun@khojayan.com
7                                                            Attorney for Susanne Elreda

8    Dated:  May 13, 2008                    ASSISTANT U.S. ATTORNEY

9

10

11                                                           AUSA Patrick R. Fitzgerald
                                                             Email: Patrick.Fitzgerald@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.

1    IT IS SO AGREED.

2

3    Dated:  May 13, 2008          Respectfully submitted,

4                                  LAW OFFICES OF SHAUN KHOJAYAN
                                     & ASSOCIATES, P.L.C.
5
                                     s/Shaun Khojayan
6                                    Shaun Khojayan
                                     Email: shaun@khojayan.com
7                                    Attorney for Susanne Elreda

8    Dated:  May 13, 2008          ASSISTANT U.S. ATTORNEY

9

10

11                                 AUSA Patrick R. Fitzgerald
                                   Email: Patrick.Fitzgerald@usdoj.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2.

                                                   07CR01269-ODW